IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN HOWARD,

        Plaintiff,        1: 08 CV 0659 OWW WMW PC

  vs.        ORDER RE MOTION (DOC 14)

DERRAL ADAMS, et al.,

        Defendants.

     Plaintiff has filed a motion for leave to file an amended complaint, along with an amended complaint. There has been no service of process, and no defendant has entered an appearance. Plaintiff's motion should therefore be granted pursuant to Federal Rule of Civil Procedure 15(a).

     Accordingly, IT IS HEREBY ORDERED that:

     1. Plaintiff's motion for leave to file an amended complaint is granted.

     2. This action proceeds on the August 18, 2008, first amended complaint.

IT IS SO ORDERED.

**Dated:   August 21, 2008**        /s/ William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE