IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN HOWARD,

      Plaintiff,          1: 08 CV 0659 OWW WMW PC

  vs.                      ORDER RE MOTIONS  (DOC 9, 12)

DERRAL ADAMS, et al.,

      Defendants.

      Plaintiff has filed a motion for default judgment and a motion to amend the complaint. There has been no service of process, and no returns of service have been filed with the court. Plaintiff's motion for the entry of default is therefore denied.

      Subsequent to Plaintiff's motion for leave to file an amended complaint, he filed a first amended complaint.  Along with this order, an order is entered, dismissing the first amended complaint and granting Plaintiff leave to file a second amended complaint.  The motion for leave to amend the complaint is therefore moot.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for the entry of default and for leave to file an amended complaint are denied.

IT IS SO ORDERED.

**Dated:   January 13, 2009**          /s/  William M. Wunderlich
                                                                UNITED STATES MAGISTRATE JUDGE

1