IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN HOWARD,

        Plaintiff,           1: 08 CV 0659 OWW WMW PC

  vs.                        ORDER RE MOTION (DOC 15)

DERRAL ADAMS, et al.,

        Defendants.

     Plaintiff has filed a motion for the appointment of a Special Master. Plaintiff's motion consists of a two page argument contending that he is unable to get the Warden at Corcoran State Prison to fix the television system. Plaintiff offers no legal authority for the proposition that a Special Master should be appointed.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the appointment of a Special Master is denied.

IT IS SO ORDERED.

**Dated:**   February 9, 2009           /s/ William M. Wunderlich
                                               UNITED STATES MAGISTRATE JUDGE