IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN HOWARD, | ) | No. CV-F-08-659 OWW/WMW P |
| | ) | |
| | ) | MEMORANDUM DECISION AND |
| | ) | ORDER DENYING PLAINTIFF'S |
| Plaintiff, | ) | MOTION FOR RECONSIDERATION |
| | ) | (Doc. 10) |
| vs. | ) | |
| | ) | |
| | ) | |
| WARDEN DERRAL ADAMS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff moves for reconsideration of the Magistrate Judge's denial of Plaintiff's motion for appointment of counsel. Plaintiff's motion for reconsideration is untimely and does not demonstrate that the Magistrate Judge's Order is clearly erroneous or contrary to law.

IT IS SO ORDERED.

Dated:　March 17, 2009　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE